

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00090-CV

Arlington Surgicare Partners, Ltd. d/b/a Baylor Surgicare at Arlington; Jonathan Bond; Carolyn Exley; Brett Brodnax; Arlington Orthopedic and Spine Hospital, LLC d/b/a Baylor Orthopedic and Spine Hospital at Arlington, Ltd.; Baylor Health Services; USP Texas, L.P.; USP North Texas, Inc.; United Surgical Partners International, Inc.; Texas Health Ventures Group, LLC; THVG Arlington GP, LLC; and Texas Health Venture Arlington Hospital, LLC

v.

CFLS Investments, LLC; Joe T. Southerland, DPM; Richard Alan Carter, DO; Janis R. Cornwell, MD; Linnie V. Rabjohn, DPM; John R. Landry, DPM; Froeschke Investments, Ltd.; Zoezy 1 Superstar Gp, LLC; The Walker Group, LP; Wong Family Holdings, LLC; Fallopian Disaster Holdings, LP; Matlock OB-Gyn Associates, PA; and David B. Graybill, DO

§    From the 352nd District Court

§    of Tarrant County (352-264845-13)

§    October 1, 2015

§    Opinion by Justice Walker

# JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's March 17, 2015 amended judgment. It is

ordered that this judgment is reversed to the limited extent that paragraph number 3 of the judgment denies Appellants' motion for summary judgment on grounds that are based on Section 12.01. The case is ordered remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellees CFLS Investments, LLC; Joe T. Southerland, DPM; Richard Alan Carter, DO; Janis R. Cornwell, MD; Linnie V. Rabjohn, DPM; John R. Landry, DPM; Froeschke Investments, Ltd.; Zoezy 1 Superstar Gp, LLC; The Walker Group, LP; Wong Family Holdings, LLC; Fallopian Disaster Holdings, LP; Matlock OB-Gyn Associates, PA; and David B. Graybill, DO shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Sue Walker_____
      Justice Sue Walker